IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LIBERTY MARINA LIMITED PARTNERSHIP          :

     Plaintiff,          :

v.          : CA NO.: JFM 01-2016

AMERICAN ALLIANCE INSURANCE CO.          :

     Defendant.          :

## ORDER

Upon consideration of the Plaintiff's Motion for Modification of Scheduling Order, the consent of the Defendant thereto, and the entire record herein, it is this _11th_ day of ___Decemb___, 2001 by the United States District Court for the District of Maryland

ORDERED, that the Motion be and hereby is GRANTED, and it is further

ORDERED, that the Scheduling of August 10, 2001 be, and hereby is modified as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) | 02/07/02 |
| Defendant's Rule 26(a)(2) | 03/18/02 |
| Plaintiff's Rebuttal 26(a)(2) | 04/01/02 |
| Rule 26(e)(2) Supplementation | 04/15/02 |
| Discovery Deadline | 06/01/02 |
| Dispositive Motions | 07/01/02 |

Judge, United States District Court for the
District of Maryland

Copies To:

Michael K. Wiggins, Esquire
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street
Annapolis, Maryland 21404

*Attorney for the Plaintiff*

Stephen F. White, Esquire
One Charles Center
16th Floor
100 North Charles Street
Baltimore, Maryland 21201

*Attorneys for the Defendant*

Doc No. 68074