

Wright, Constable & Skeen, L.L.P. | Attorneys at Law



One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

2002 MAR 15 P 2: 11

March 14, 2002

**WRITER'S DIRECT DIAL/E-MAIL:**
410-659-1304/SWhite@wcslaw.com

_____DEPUTY

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris
  W. Jay Lee

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone 410-825-0750
  Fax    410-825-0715

www.wcslaw.com

The Honorable J. Frederick Motz
United States District Judge
U.S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Liberty Marina v. American Alliance Ins. Co.
      U.S. District Court for the District of Maryland
      Civil Action No. JFM-01-2016
      Our File No.: 6313-14

Dear Judge Motz:

I am writing to present a joint request for modification of the Scheduling Order in the above case.

The plaintiff's expert designation deadline (Rule 26(a)(2)) was February 7, 2002. Soon after receiving the plaintiff's designation, the defendant requested a date to depose the plaintiff's expert. Unfortunately, the earliest date we could depose the plaintiff's expert is April 5, 2002. The defendant's expert designation deadline is March 18, 2002. Therefore, the deposition could not be taken before the current deadline.

This has been discussed between counsel (myself and Michael Wiggins, Esq.). We have jointly agreed to request that the Schedule be modified as follows. This would not affect the current Discovery Deadline or the current Motions Deadline:

| | | |
|---|---|---|
| Defendant's Rule 26(a)(2) | from 3/18/02 | to 4/19/02 |
| Plaintiff's Rebuttal 26(a)(2) | from 4/01/02 | to 5/03/02 |
| Rule 26(e) Supplementation | from 4/15/02 | to 5/17/02 |
| Discovery Deadline | unchanged | 6/01/02 |
| Dispositive Motions | unchanged | 7/01/02 |



119220 v. (06313.00014)

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia

Honorable J. Frederick Motz.
March 14, 2002
Page 2


Your consideration of this joint request is greatly appreciated.


Very truly yours,

Stephen F. White


Approved/~~Denied~~: _____

Dated: _____


cc:

Michael Wiggins, Esq.
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street
Annapolis, MD  21404

(410) 280-2230  Fax


117742 v. (06313.00014)