WHARTON LEVIN EHRMANTRAUT & KLEIN
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
104 WEST STREET
P.O. BOX 551
ANNAPOLIS, MARYLAND 21404-0551
(410) 263-5900

MICHAEL K. WIGGINS

July 12, 2002

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 15 P 2:29

CLERK'S OFFICE
AT BALTIMORE

OUTSIDE MARYLAND
800-322-1984

FACSIMILE
DEPUTY (410) 280-2230

E-MAIL
MKW@WLEKN.COM

The Honorable J. Frederick Motz
United States District Court for
    the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

    RE:   *Liberty Marina Limited Partnership v. American Alliance Insurance Co.*
           Case No.: JFM 01-2016

Dear Judge Motz:

    I am counsel for the Plaintiff in the above-referenced action. On July 1, 2002 the Defendant filed a Motion for Summary Judgment. Counsel for the Defendant and I have agreed to an extension until August 5, 2002 for the filing of the Plaintiff's response to the Motion for Summary Judgment. With your approval I would like to file the Response on August 5, 2002.

                                  Very truly yours,

                                  Michael K. Wiggins

✓ Approved _____
   Denied   _____

MKW/ajs
cc:   Stephen F. White, Esq.
::ODMA\GRPWISE\ANNAPOLIS.ANNA.WLEKNLIB:84353.1