IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LIBERTY MARINA LIMITED PARTNERSHIP | * | |
| v. | * | Civil No. JFM-01-2016 |
| AMERICAN ALLIANCE INSURANCE CO. | * | |

*****

ORDER

For the reasons stated on the record on September 16, 2002, it is, this 17th day of September 2002

ORDERED

1. Defendant's motion for summary judgment is granted; and

2. Judgment is entered in favor of defendant against plaintiff.

J. Frederick Motz
United States District Judge